*Rose Li-Hwa Strobel*, pro se, in support of the petition.

Decided December 30, 2002

## STATE OF CONNECTICUT *v.* AUTILIO A. PEREIRA

*Robert P. Pickering*, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided January 9, 2003

## STATE OF CONNECTICUT *v.* RICARDO PEREIRA

*James B. Streeto*, assistant public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided January 9, 2003

## ROBERT W. KING *v.* COMMISSIONER OF CORRECTION

*Alison R. Lanoue*, in support of the petition.